IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL 16 NORTHERN
CALIFORNIA HEALTH AND WELFARE
TRUST FUND, et al.,

    Plaintiffs,

  v.

2ND GENERATION FLOOR COVERING,
LLC, aka 2ND GENERATION, LLC, a
California limited liability company,

    Defendant.
                                  /

No. C 10-03053 WHA

**ORDER CONTINUING
CASE MANAGEMENT
CONFERENCE**

    The case management conference is **CONTINUED** to **OCTOBER 28, 2010, AT 11:00 A.M.** If plaintiff files its motion for default judgment at least three days prior to the new date, then it may apply to continue the case management conference date to the same date as the hearing date for the motion.

    **IT IS SO ORDERED.**

Dated: October 8, 2010.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE