Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>2nd GENERATION FLOOR COVERING, LLC *aka* 2nd GENERATION, LLC, a California Limited Liability Company,<br><br>　　Defendant. | Case No.: C10-3053 WHA<br><br>**REQUEST TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:　October 28, 2010<br>Time:　11:00 a.m.<br>Ctrm:　9, 19th Floor,<br>　　　　450 Golden Gate Ave.<br>　　　　San Francisco, California<br>Judge:　Honorable William Alsup |

　　　　Plaintiffs herein respectfully request that the Case Management Conference currently on calendar for October 28, 2010, be continued or vacated entirely.

　　　　1.　　As the Court's records will reflect, a Complaint was filed in this matter on July 12, 2010, to compel Defendant's compliance with the terms of its Collective Bargaining Agreement.

　　　　2.　　Service on Defendant was effectuated on August 6, 2010, and a Proof of Service of Summons was filed with the Court on August 9, 2010.

　　　　3.　　On September 2, 2010, the Court entered the default of Defendant.

　　　　4.　　Pursuant to our previous request, the Court issued an Order Continuing the initial Case Management Conference to the current date, October 28, 2010, which stated that if Plaintiffs file their Motion For Default with the Court three days prior to that date, they may apply to continue the Case Management Conference date to the same date as the hearing date for the

-1-
**REQUEST TO CONTINUE OR VACATE CMC; [PROPOSED ORDER] THEREON**
**Case No.:  C10-3053 WHA**

Motion.

5. Despite being served with Plaintiffs' Request to Continue or Vacate Case Management Conference on October 7, 2010, which states that a Motion For Default Judgment will be filed by Plaintiffs within two weeks, we have had no contact from Defendant.

5. Plaintiffs filed their Motion For Default Judgment on October 25, 2010, three days prior to the Case Management Conference. Said Motion is set for hearing on December 2, 2010.

6. There are no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for October 28, 2010, be continued to either coincide with the date set for the Motion; and/or continued for 60 to 90 days to allow disposition of the Motion; or vacated entirely.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 25th day of October, 2010, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:   /S/
      Michele R. Stafford
      Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to  December 2, 2010 . All related deadlines are extended accordingly.

or

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby vacated.

Date:  October 26, 2010.

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

[APPROVED — Judge William Alsup stamp]

-2-
**REQUEST TO CONTINUE OR VACATE CMC; [PROPOSED ORDER] THEREON**
Case No.: C10-3053 WHA

P:\CLIENTS\FLRCL\Second Generation Flooring 2\Pleadings\C10-3053 WHA - Request to Continue CMC 102210.doc

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

    I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

    On **October 25, 2010**, I served the following document(s):

**REQUEST TO CONTINUE OR VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> 2nd Generation Floor Covering, LLC
> c/o Charles Lee Peoples, Jr.
> Agent for Service of Process
> 420 Pendleton Way
> Oakland, CA  94621

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this **25th day of October, 2010**, at San Francisco, California.

                                       /S/
                                     Elise Thurman
                                     Paralegal